AO 83 (Rev. 12/85) Summons in a Criminal Case                    CR 04-00399DAE-05

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 8 2006

at ____ o'clock and 2:14 ___ min. __M
SUE BEITIA, CLERK

## RETURN OF SERVICE

Service as made by me on:[1]                              Date  1-18-06

Check one box below to indicate appropriate method of service

☑  Served personally upon the defendant at: USMS Cellblock

☐  Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on  1-18-06
            Date                              Name of United States Marshal  Mark M. Hanohano

                                              _____
                                              (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 04-00399 DAE-05 |

THOMAS BARROS, JR., aka "Sparky"

(Name and Address of Defendant)

Belle: Serve in cellblock!

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>AS DESIGNATED |
|---|---|
| Before: Leslie E. Kobayashi, United States Magistrate Judge | Date and Time<br>JANUARY 18, 2006 AT 3:30 PM |

To Answer a(n) Superceding Indictment

Charging you with a violation of Title 21 United States Code, Section(s) 841(a)(1)

Brief description of offense:
Count 1: Conspiracy to distribute and to possess methamphetamine, a Schedule II controlled substance

Count 9: Possess with intent to distribute methamphetamine, a Schedule II controlled substance

RECEIVED 2006 JAN 17 AM 8:40 U.S. MARSHALS SERVICE HONOLULU, HI

| Sue Beitia<br>Name and Title of Issuing Officer | |
|---|---|
| Signature of Issuing Officer/Deputy Clerk | JANUARY 13, 2006<br>Date |