EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00399-05 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S SENTENCING |
| vs. | ) | STATEMENT |
| | ) | |
| THOMAS BARROS, JR.,   (05), | ) | |
| | ) | Date:  July 17, 2006 |
| Defendant. | ) | Judge: Hon. David A. Ezra |
| _____ | ) | |

GOVERNMENT'S SENTENCING STATEMENT

The government has no objections to the proposed pre-sentence report.

DATED:  May 30, 2006, at Honolulu, Hawaii.

                       EDWARD H. KUBO, JR.
                       United States Attorney
                       District of Hawaii


                       By /s/ Florence T. Nakakuni
                          THOMAS MUEHLECK
                          Assistant U.S. Attorney

CERTIFICATE OF SERVICE

  I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

| | |
|---|---|
| Mr. Stuart N. Fujioka<br>Attorney at Law<br>841 Bishop St., Suite 224<br>Honolulu, HI 96813<br><br> Attorney for Defendant<br> Thomas Barros, Jr. | May 30, 2006 |

Served by hand-delivery:

| | |
|---|---|
| Probation Officer<br>300 Ala Moana Blvd.,<br>Box 50111, Rm. C-126<br>Honolulu, HI  96850 | May 30, 2006 |

              /s/ Rowena N. Kang