

ORIGINAL

EDWARD H. KUBO, JR.          2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA          1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: 541-2850
Facsimile: 541-2958
Mike.Kawahara@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 04 2007
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-0399DAE-05 |
| | ) | |
| Plaintiff, | ) | MOTION FOR DEPARTURE DOWNWARD |
| | ) | IN SENTENCING DEFENDANT |
| VS. | ) | |
| | ) | |
| THOMAS BARROS, JR., | ) | Sentencing date: 9/04/07 at |
| | ) | 2:15 p.m., before the Hon. |
| Defendant. | ) | David Alan Ezra, U.S. |
| | ) | District Judge |

**MOTION FOR DOWNWARD DEPARTURE**
**IN SENTENCING DEFENDANT**

The United States of America, by and through its undersigned counsel, hereby moves this Honorable Court to depart downwards in imposing sentence upon defendant above-named, due to his substantial assistance to and cooperation with law enforcement authorities in the investigation or prosecution of other persons who have committed an offense.

This motion is made pursuant to 18 U.S.C. 3553(e) and U.S. Sentencing Commission Guideline 5K1.1, and is based upon the information contained in the sealed "Factual Basis for Motion for

Departure Downward in Sentencing Defendant", filed concurrently herewith.

    DATED: Honolulu, Hawaii, September 4, 2007.

                                    EDWARD H. KUBO, JR.
                                    United States Attorney

                            By _____
                                MICHAEL K. KAWAHARA
                                Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the attached was served via delivery, on the following:

>STUART N. FUJIOKA, ESQ.
>841 Bishop Street, Suite 224
>Honolulu, HI 96813
>
>Attorney for defendant

DATED: Honolulu, Hawaii, September 4, 2007.

_/s/ Roman N. K_____