# MINUTES

CASE NUMBER:   CR 04-00399DAE

CASE NAME:     USA v. (05)Thomas Barros, Jr., aka "Sparky"

ATTYS FOR PLA: Mike Kawahara

ATTYS FOR DEFT: (05)Stuart N. Fujioka

USPO:          Rosanne Donohoe

---

JUDGE:   David Alan Ezra            REPORTER:  Cynthia Fazio

DATE:    09/04/2007                 TIME:      2:25pm-2:30pm(m/d)
                                               2:30pm-3:00pm(sent)

---

COURT ACTION: EP: Sentencing to Count 1 of the First Superseding Indictment as to Defendant (05)Thomas Barros, Jr., aka "Sparky". Government's Motion for Downward Departure.

Defendant (05)Thomas Barros, Jr., aka "Sparky" present in custody.

The Memorandum Plea Agreement is accepted. Defendant's Exhibit #1 received.

Government's Motion for Downward Departure-GRANTED.

Presentence Report adopted. Sentencing recommendations heard. Allocution by Defendant (05)Thomas Barros, Jr., aka "Sparky".

SENTENCE:

Imprisonment:  85 MONTHS

Supervised Release:  5 YEARS

CONDITIONS:

1. Defendant shall abide by the standard conditions of supervision.

2. Defendant shall not commit any federal, state, or local crimes. (mandatory condition)

3. Defendant shall not possess illegal controlled substances. (mandatory condition)

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer. (mandatory condition)

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase up to one valid drug test per day.

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Defendant shall participate in and comply with a substance abuse treatment, which may include drug and alcohol testing, at the discretion and direction of the Probation Office. Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special Assessment: $100.00.

JUDICIAL RECOMMENDATIONS: 1) Taft, CA.  2) Terminal Island, CA.  Educational and Vocational training. Drug treatment. Mental health treatment.

Defendant advised of his right to appeal.

Government's Oral Motion to Dismiss Count 9 as to this Defendant Only - GRANTED.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager